# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2025

## NO. 03-24-00850-CV

**Appellants, 3CPL Holdings, LLC and Jennifer Nutt// Cross-Appellants, Trinity Constructors, Inc.; and Justin Blackburn**

**v.**

**Appellees, DFLC, Inc.; Trinity Constructors, Inc.; Jaguilin Duarte; Justin Blackburn; and David Buttross// Cross-Appellees, 3CPL Holdings, LLC and Jennifer Nutt**

**APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on October 2, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, in light of *White Knight Development, LLC v. Simmons*, No. 23-0868, 2025 WL 1668348, at *5 (Tex. June 13, 2025), the Court reverses and remands in part for the trial court to consider Nutt's request for equitable expenses due to Blackburn's delayed performance. We otherwise affirm the final judgment. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.